BLAKE J. RUSSUM (SBN 258031)
JACLYN D. CONOVER (SBN 266749)
ROPERS MAJESKI PC
1001 Marshall Street, 5th Floor
Redwood City, CA 94063
Telephone: 650.364.8200
Facsimile: 650.780.1701
Email: blake.russum@ropers.com
jaclyn.conover@ropers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN JUN KONG, aka DANIEL JIN HUN KONG,<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a New Hampshire Corporation,<br><br>Defendant. | Case No. 8:20-cv-764 RGK KES<br><br>~~[PROPOSED]~~ ORDER RE STIPULATED DISMISSAL<br><br>[21] |

IT IS HEREBY ORDERED that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Date: November 23, 2020

_____
U.S. District Judge R. Gary Klausner